**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: **Jarek, et al.**
    **v.**
**1 Per Corporation, Oleksandr Dubovyi, R.D.Y.**
**Construction, Inc., and Roman Masliy**

Case Number: 26-cv-9033

An appearance is hereby filed by the undersigned as attorney for:
**Defendants, R.D.Y. Construction, Inc. and Roman Masliy**

Attorney name (type or print): **Todd A. Miller**

Firm: **Allocco, Miller & Cahill, P.C.**

Street address: **20 N. Wacker Drive, Suite 3517**

City/State/Zip: **Chicago, IL 60606**

Bar ID Number: **6216561**
(See item 3 in instructions)

Telephone Number: **(312) 675-4325**

Email Address: **tam@alloccomiller.com**

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐  Retained Counsel

☐  Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/8/26

Attorney signature:   S/ Todd A. Miller _____
                    (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023