AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **26-CV-9033**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Roman Masliy**
was received by me on **8/05/2026:**

☐ I personally served the **SUMMONSES; CIVIL COVER SHEET; COMPLAINT; ATTORNEY APPEARANCE FORM** on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Lesya Masliy**, a person of suitable age and discretion who resides at **1834 N 74th Ct, Elmwood Park, IL 60707-3727**, on **08/05/2026 at 2:10 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 67.84** for services, for a total of **$ 67.84**.

I declare under penalty of perjury that this information is true.

Date: 08/06/2026

*Server's signature*

**Ahmed Moustapha**
*Printed name and title*

**10 South Riverside Plaza**
**Suite 875**
**Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONSES; CIVIL COVER SHEET; COMPLAINT; ATTORNEY APPEARANCE FORM, to Lesya Masliy who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with piercings.**

Tracking #: **0235720666**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

JERZY JAREK and ADMINISTRATIVE DISTRICT COUNCIL 1 OF ILLINOIS OF THE INTERNATIONAL UNION OF BRICKLAYERS and ALLIED CRAFTWORKERS, AFL-CIO,

*Plaintiff(s)*

v.

1 PER CORPORATION, OLEKSANDR DUBOVYI, R.D.Y CONSTRUCTION INC., and ROMAN MASLIY

*Defendant(s)*

Civil Action No. 26-CV-9033

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roman Masliy
1834 N 74th Ct
Elmwood Park, IL 60707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barry M. Bennett -
David P. Lichtman
Dowd, Bloch, Bennett, Cervone,
Auerbach & Yokich, LLP
8 S. Michigan Avenue, 19th Floor
Chicago, IL 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Elizabeth Eichenlaub

*Signature of Clerk or Deputy Clerk*

(By) DEPUTY CLERK

Date: July 30, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-CV-9033

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: