**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JERZY JAREK and ADMINISTRATIVE DISTRICT COUNCIL 1 OF ILLINOIS OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, | ) | Case No. 26-cv-09033 |
| Plaintiffs, | ) | Honorable Franklin U. Valderrama |
| v. | ) | |
| 1 PER CORPORATION, OLEKSANDR DUBOVYI, R.D.Y CONSTRUCTION INC., and ROMAN MASLIY, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S INITIAL STATUS REPORT REGARDING DEFENDANTS 1 PER CORPORATION AND OLEKSANDR DUBOVYI**

Plaintiffs Jerzy Jarek ("Jarek") and Administrative District Council 1 of Illinois of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO ("Union") ("Plaintiffs"), respectfully submit the following as their individual status report concerning Defendants 1 PER Corporation and Oleksandr Dubovyi in accordance with the Court's Order of July 31, 2026 (Dkt. 11).

Plaintiffs have been unable to serve Defendant Dubovyi and are continuing efforts to do so.

Plaintiffs were unable to serve Defendant 1 PER Corporation at its registered address or at its principal place of business. On September 9, 2026, Plaintiffs filed an Affidavit of Compliance for Service on the Secretary of State, which it mailed to 1 PER Corporation at its registered address and principal place of business on September 23, 2026, along with the Complaint and Summons, in accordance with the Illinois Business Corporation Act, 805 ICS

5/5.25. Plaintiffs intend to file a motion for order of default if 1 PER Corporation does not answer or otherwise respond to the Complaint.

Dated: October 14, 2026

Respectfully submitted,

s/ David P. Lichtman
David P. Lichtman
Barry M. Bennett
Dowd, Bloch, Bennett,
Cervone, Auerbach & Yokich, LLP.
8 South Michigan Avenue,
19th Floor
Chicago, Illinois 60605
(312) 372-1361
dlichtman@laboradvoctes.com
bbennett@laboradvocates.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing ***Plaintiff's Initial Status Report Regarding Defendants 1 Per Corporation And Oleksandr Dubovyi,*** was served upon the following through the CM/ECF Electronic filing system on October 14, 2026:

Todd Miller
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
(312) 675-4325
tam@alloccomiller.com

*Counsel for Defendants*
*R.D.Y. Construction Inc. and Roman Masliy*

/s/ David P. Lichtman