**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jerzy Jarek, et al.
Plaintiff,
v.
1 Per Corporation, et al.
Defendant.

Case No.: 1:26−cv−09033
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' Joint Initial Status Report Under Rule 26(f) [17] and Plaintiffs' status report as to unserved Defendants [18]. The deadline for amendments to the pleadings is 5/14/2027 for purposes of determining whether the Court should apply the lenient standard for amendments to the pleadings under Fed. R. Civ. P. 15(a) versus the heightened good−cause standard under Rule 16(b)(4). See Adams v. City of Indianapolis, 742 F.3d 720, 734 (7th Cir. 2014). The Court refers discovery supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters to Magistrate Judge Young B. Kim. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.