**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jerzy Jarek, et al.

Plaintiff,

v.

Case No.: 1:26−cv−09033
Honorable Franklin U. Valderrama

1 Per Corporation, et al.

Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: Discovery Supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. (jcm). Mailed notice.

Dated: October 15, 2026

/s/ Franklin U. Valderrama

United States District Judge