**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jerzy Jarek, et al.
Plaintiff,
v.
1 Per Corporation, et al.
Defendant.

Case No.: 1:26−cv−09033
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2026:

MINUTE entry before the Honorable Young B. Kim: Parties' request to delay discovery for 60 days (see R. 17 at 4), to permit Plaintiffs additional time to serve Defendant OleksandrDubovyi is granted. Plaintiffs are ordered to file a status report by December 22, 2026, on their efforts to serve Dubovyi and whether written discovery should proceed. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.